41 F.3d 1422w
 UNITED STATES of America, Plaintiff-Appellee,
v.
Joseph NEWTON, Eddie Gregory Batten, Robert Moss, Jr., John
Brown, Jr., Grady D'Vaughn Reddick, Sean Jackson,
Robert Jivens, Willie Lee Palmer, Sr.,
Defendants-Appellants.
UNITED STATES of America, Plaintiff-Appellee,
v.
Robert MOSS, Jr., Defendant-Appellant.
UNITED STATES of America, Plaintiff-Appellee,
v.
Grady D'Vaughn REDDICK, Defendant-Appellant.
 Nos. 92-8228, 92-8764 and 94-8376.
 United States Court of Appeals,
Eleventh Circuit.
 Dec. 22, 1994.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 44 F.3d 913.